## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 07-30018 |
| | ) | |
| STEVEN D. MILLER, | ) | |
| | ) | |
| Defendant. | ) | |

## <u>OPINION</u>

SUE E. MYERSCOUGH, U.S. District Judge:

This Court now considers the Agreed Motion to Reduce Sentence, to which the United States Probation Office and the United States Attorney's Office have no objection.  <u>See</u> d/e 21.  For the reasons stated therein, the Agreed Motion to Reduce Sentence (d/e 21) is GRANTED.  An Amended Judgment will be entered with a sentence of 87 months' imprisonment.  The Motion to Reduce Sentence filed January 17, 2012 (d/e 20) is DENIED AS MOOT.

IT IS SO ORDERED.

ENTERED: March 14, 2012

FOR THE COURT:                    s/ Sue E. Myerscough
                                  SUE E. MYERSCOUGH
                                  UNITED STATES DISTRICT JUDGE